UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Louis J. Ramsey, Sr., | ) | C/A No. 2:14-cv-131-PMD |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| Darrell N. Anderson, MasTec North America, Inc. d/b/a MasTec Advanced Technologies, Inc., and MasTec, Inc., | ) ) ) ) | |
| *Defendants*. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and all Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal **with prejudice** of all claims asserted in the above-captioned case. The parties shall bear their own fees, costs and expenses.

**WE MOVE FOR PLAINTIFF**
Louis J. Ramsey, Sr.:

**s/ Allan P. Sloan, III**
Carl Everette Pierce, II, Esquire
Allan P. Sloan, III, Esquire
Benjamin C. Smoot, II, Esquire

PIERCE HERNS SLOAN & WILSON, LLC
The Blake House
321 East Bay Street (29401)
Post Office Box 22437
Charleston, SC 29413
Ph 843-722-7733 / Fax 843-722-7732
E: carlpierce@phswlaw.com
E: chipsloan@phswlaw.com
E: bensmoot@phswlaw.com

**WE CONSENT FOR DEFENDANTS**
Darrell N. Anderson, MasTec North America, Inc. d/b/a MasTec Advanced Technologies, Inc., and MasTec, Inc.:

**s/ A. Walker Barnes**
Robert H. Hood, Jr. (6998)
A. Walker Barnes (10717)

HOOD LAW FIRM, LLC
172 Meeting Street
Charleston, SC 29401
P: (843) 577-4435
F: (843) 722-1630
E: info@hoodlaw.com